UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $27,000.00 IN U.S. CURRENCY,<br><br>                    Defendant. | No. 2:13-mc-0109 KJM CKD<br><br><br>ORDER TO SHOW CAUSE |

      On April 22, 2014, the court adopted the parties' stipulation, granting plaintiff until June 6, 2014, in which to file its complaint for forfeiture and/or to obtain an indictment. Plaintiff has neither filed a complaint, notified the court an indictment has been filed, nor sought a further extension.

      Accordingly, plaintiff is directed to show cause within fourteen days of the date of this order why this case should not be dismissed for failure to prosecute.

      IT IS SO ORDERED.

DATED: July 21, 2014.

_____
UNITED STATES DISTRICT JUDGE

1